1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

MARIA JESSAMINE JOHNSON,

No.  2:24–cv–03435–SCR

12

Plaintiff,

ORDER GRANTING IFP AND
DIRECTING E-SERVICE

13

v.

14

COMMISSIONER OF SOCIAL
SECURITY,

15

16

Defendant.

17

Pending before the court is plaintiff's motion for leave to proceed in forma pauperis.  *See*

18

28 U.S.C. § 1915 (authorizing the commencement of an action "without prepayment of fees or

19

security" by a person that is unable to pay such fees).[1]  ECF No. 2.  Plaintiff submitted the

20

required affidavit, which demonstrates an inability to prepay fees and costs or give security for

21

them.  Accordingly, IT IS HEREBY ORDERED that:

22

1.      Plaintiff's motion to proceed in forma pauperis (ECF No. 2) is GRANTED;

23

2.      The Clerk of Court is directed to issue a summons for this case;

24

3.      In keeping with the court's e-service procedure for Social Security cases, service

25

on the defendant Commissioner of Social Security Administration shall proceed

26

27

[1]  Actions involving review of Social Security decisions are referred to a magistrate judge
pursuant to 28 U.S.C. § 636(b)(1) and E.D. Cal. L.R. 302(c)(15).

28

1

under the court's E-Service program as follows.  Once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States Attorney's Office at their designated email addresses a notice of electronic filing of the action along with the summons and complaint.  The Commissioner has agreed not to raise a defense of insufficient service of process if provided with notice of a complaint as detailed in this order.  This order is not intended to prevent parties from making any other motions that are appropriate under the Federal Rules of Civil Procedure; and

4.      The Clerk of Court is DIRECTED to issue a scheduling order in this case.

IT IS SO ORDERED.

DATED: December 19, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2