MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MELISSA A. DELGUERCIO, NYSBA 3018819
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone: (410) 965-6175
     E-Mail: melissa.a.delguercio@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA JESSAMINE JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CIVIL NO. 2:24-cv-03435-SCR<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [~~PROPOSED~~] ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Leland Dudek, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

    Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

    This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

| | | |
|---|---|---|
| Dated: April 17, 2025 | | /s/ Francesco Benavides* |
| | | FRANCESCO BENAVIDES |
| | | Attorney for Plaintiff |
| | | *Authorized via e-mail on April 11, 2025 |
| | | |
| | | MICHELE BECKWITH |
| | | Acting United States Attorney |
| | | MATHEW W. PILE |
| | | Associate General Counsel |
| | | Social Security Administration |
| | By: | /s/ Melissa A. DelGuercio |
| | | MELISSA A. DELGUERCIO |
| | | Special Assistant United States Attorney |
| | | |
| | | Attorneys for Defendant |

### [~~PROPOSED~~] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED: April 17, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE